# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____
NASIR FINNEMAN,                           :     The Hon. Joseph H. Rodriguez

        Plaintiff,                              :     Civil Action No. 09-801

v.                                                       :

                                                               :
CITY OF CAMDEN; POLICE OFFICER
JOHN MARTINEZ; POLICE OFFICER   :
REVELLI; POLICE OFFICER CARLOS
CONCEPCION; POLICE OFFICER A.    :       **ORDER**
FIGUEROA; POLICE OFFICERS JOHN
DOES #1-5                                          :
        Defendants.
_____:

      This matter having come before the Court on motions for summary judgment of Defendants Revelli [36], Figueroa [35], Concepcion [37], and on motion for partial summary judgment of Defendant Martinez [32]; and the Court having considered the written submissions of the parties, as well as the arguments advanced during the hearing in this matter on September 15, 2011; and for the reasons expressed on the record on that day, as well as those set forth in the Opinion of even date;

      IT IS on this 28th day of September, 2011 hereby

      ORDERED that the motions are granted in part and denied in part as follows:

      1. Officer Revelli's [36] motion for summary judgment is:

            a. DENIED as to the qualified immunity claim, the constitutional claims, and the punitive damages claim; and is

            b. GRANTED as to the bystander liability claim and the civil conspiracy claim.

      2. Officer Revelli's motion to sever is DENIED.

      3. Officer Figueroa's [35] motion for summary judgment is:

         a. DENIED as to the qualified immunity claim, the constitutional claims, and the punitive damages claim; and is

         b. GRANTED as to the bystander liability claim and the civil conspiracy claim.

      4. Officer Concepcion's [37] motion for summary judgment is:

         a. DENIED as to the constitutional claims; and is

         b. GRANTED as to the bystander liability claim, the civil conspiracy claim, and the punitive damages claim.

      5. Officer Martinez's [32] motion for partial summary judgment is:

         a. DENIED as to the punitive damages claim; and is

         b. GRANTED as to the bystander liability claim and the civil conspiracy claim.

      /s/ Joseph H. Rodriguez  
      Hon. Joseph H. Rodriguez,  
      UNITED STATES DISTRICT JUDGE